# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Gary McCullough, Jr.<br>Catherine McCullough | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-11616 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 8/28/19, this case is hereby DISMISSED.

**Date: September 17, 2019**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Statement of Current Monthly Income Form 122C-1
    Means Test Calcuation Form 122C-2

bfmisdoc